ACCEPTED
03-14-00801-CV
4709911
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 1:04:55 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00801-CV

### IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 1:04:55 PM
JEFFREY D. KYLE
Clerk

_____

**THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF TEXAS AT DALLAS**
*Appellants,*
v.
**KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**
*Appellee,*
v.
**MARILYN CAMERON**
*Intervenor/Appellee.*

_____

On Appeal from the 261st Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GV-11-001923
The Honorable Lora Livingston, Judge Presiding

_____

### MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES:

Come now, intervenor/appellee, Marilyn Cameron, files this Motion to Dismiss Appeal, and in support thereof will respectfully show this Court the following:

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, appellants' attorney, H. Melissa Mather, formally filed with the Court a Joint Motion for Extension of Briefing Deadlines, on March 26, 2015. The motion seems to have errors that may impact questions of jurisdiction that the intervenor/appellee

Intervenor's Motion to Dismiss Appeal

1

respectfully asks the Court to consider. The actual trial court cause number is D-1-GV-11-001923[1]. On the appellants' motion, the cause number is erroneously given as D-1-GN-11-001923. The original case should be on appeal from the 261st Judicial District Court of Travis County, Texas. However, the appellants' motion has the case on appeal from the 345th Judicial District Court of Travis County, Texas with the Honorable Stephen Yelenosky, as the presiding judge. The current presiding judge (since January, 1999) of the 261st District Court is Lora Livingston.

The cause on appeal, #D-1-GV-11-001923, was a forthright lawsuit under the Public Information Act, initiated by appellants, against an opinion issued by the former Attorney General of the State of Texas, Greg Abbott. Held in the 261st District Court in Travis County, the final summary judgment was declared and signed on November 24, 2014.

Pursuant to Rule 42.3 and Rule 38.8(a)(1), Intervenor respectfully requests that the Court deny the Joint Motion for Extension of Briefing Deadlines and dismiss appellants' appeal.

Pursuant to Texas Rules of Appellate Procedure 20.1(c)(2), Intervenor has combined into this document a Sworn Statement of Inability to Pay Court Costs (otherwise known as Affidavit of Indigence) to cover costs associated with the filing of this motion.

---

[1] Attached as Exhibit A is a copy of the Final Judgment and incorporated herein by reference.

Respectfully submitted,

*/s/ Marilyn Cameron*
Marilyn Cameron
18222 Outback Lakes Trail
Humble, TX  77346
(713) 320-4092
mizcameron@yahoo.com
**Intervenor, Pro Se**

## CERTIFICATE OF CONFERENCE

Intervenor/appellee, Cameron, conferred with attorneys, H. Melissa Mather and Kimberly Fuchs and they are opposed to the Motion to Dismiss Appeal.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2015, a true and correct copy of Motion to Dismiss Appeal was served via e-service and/or email to the following counsel:

H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
Phone: (512) 475-2540
Fax: (512) 477-2348
melissa.mather@texasattorneygeneral.gov
**Attorney for Appellants**

Kimberly L. Fuchs
State Bar No. 24044140
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 475-4195
Fax: (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov
***Attorney for Appellee Attorney General***

/s/ Marilyn Cameron
Marilyn Cameron

STATE OF TEXAS         §
§
COUNTY OF HARRIS     §

My name is Marilyn Cameron. I am over the age of 18 and am of sound mind. I am

unable to pay court fees. I verify that the statements made in this statement are true and correct.

## Sworn Statement of Inability to Pay Court Costs

### Verification of Party's Identity

| | |
|---|---|
| Name | Marilyn D. Cameron |
| Address | 18222 Outback Lakes Trail |
| | Humble, TX 77346 |
| Phone | 713-320-4092 |
| Email | mizcameron@yahoo.com |
| Birth date | This is a public document and birth date may be considered sensitive data. Information can be provided upon request of the Court. |

### Employment Income

Current employer     Not employed

### Spouse's Information

Not married

### Government Entitlement Income

| | |
|---|---|
| Unemployment | Not currently receiving |
| AFDC | Not currently receiving |
| Social Security | Not currently receiving |
| Disability | Not currently receiving |
| Veteran's Benefits | Not a military veteran and not receiving any veteran's benefits |
| Child Support | Not currently receiving |
| Other | Not currently receiving |

SWORN STATEMENT OF INABILITY TO PAY (Notarized)

**Other Income**

Interest or dividends          Not currently receiving any checks from investment income
from investments

**Accounts in Financial Institutions**

Checking Accounts    No current open bank checking account
Savings Accounts     No current open bank savings account
TD Ameritrade        Investment account with current cash balance of $1.92
 *Account number is considered sensitive data under Rule 21c of the TRCP.  Account number
will be provided upon request from the Justice Court.

**Real Property Owned other than Homestead**

Defendant owns no other real property in her name.

**Personal Property (other than household furnishings, clothes, tools of trade, or personal effects)**

Toshiba laptop computer is a depreciable asset with little resale value – approx. worth $50.00.

**Debts**

Student loan for advance degree – total amount $53,812.26 – monthly payment is $0 (income based)

**Monthly Expenses (food, transportation, child care, health care etc...**

Note:  Approximate average amounts

Food           Approximately $200.00
Transportation No vehicle

**Dependents**

No children
Pets (3)

2 | SWORN STATEMENT OF INABILITY TO PAY (Notarized)

Respectfully submitted,

Date Completed: March 11, 2015

M. Cameron

MARILYN CAMERON

BEFORE ME, the undersigned authority, on this day personally appeared
Marilyn O. Cameron , who upon oath stated that she is the party making this Pauper's
Affidavit and that the information provided is true and correct.

Sworn to and subscribed before me on _March 11, 2015_

Notary Public, State of Texas



TERRANCE T FRANKLIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12/6/'16

---

3 | SWORN STATEMENT OF INABILITY TO PAY (Notarized)

Filed in The District Court
of Travis County, Texas
NOV 2 4 2014
At_____ 10:14 A M.
Amalia Rodriguez-Mendoza, Clerk

CAUSE NO. D-1-GV-11-001923

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS SYSTEM and THE UNIVERSITY OF TEXAS AT DALLAS, <br> *Plaintiffs,* | § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF |
| v. | § <br> § | |
| GREG ABBOTT, ATTORNEY GENERAL OF TEXAS, <br> *Defendant* | § <br> § <br> § <br> § | 261st JUDICIAL DISTRICT |
| v. | § <br> § | |
| MARILYN CAMERON, PRO SE <br> *Intervenor.* | § <br> § | TRAVIS COUNTY, TEXAS |

## FINAL JUDGMENT

On November 24, 2014, a hearing was held on the parties' motions for summary judgment. Plaintiffs The University of Texas System and The University of Texas at Dallas (the University) and Defendant Greg Abbott, Attorney General of Texas, appeared through counsel. This is a lawsuit under the Public Information Act, by which Plaintiff sought relief from a ruling of the Attorney General. The Court, having considered the testimony and documentary evidence, the pleadings, and arguments of counsel, enters the following declaration and orders.

IT IS THEREFORE ORDERED AND DECLARED that Defendant's Cross-Motion for Summary Judgment is GRANTED, and Plaintiff's Cross-Motion for Summary Judgment is DENIED. It is further ORDERED that the information at issue is not privileged and the University must disclose this information to the requestor.

This Order disposes of all claims between all parties and is a final judgment.

Signed this _24th_ day of _November_, 2014.

_____
JUDGE PRESIDING

Agreed As To Form:


_____
KIMBERLY FUCHS
Chief, Open Records Litigation
State Bar No. 24044140
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4195
Facsimile: (512) 320-0167
Kimberly.Fuchs@texasattorneygeneral.gov

ATTORNEY FOR DEFENDANT GREG ABBOTT,
ATTORNEY GENERAL OF TEXAS

_____
JOSHUA R. GODBEY
State Bar No. 24049996
Assistant Attorney General
Financial and Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4209
Facsimile: (512) 477-2348
joshua.godbey@texasattorneygeneral.gov

ATTORNEY FOR PLAINTIFFS

Cause No. D-1-GV-11-001923